J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Nicole L. Drey (SBN 250235)
*nicole@coombspc.com*
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile:  (818) 500-3201

Attorneys for Plaintiff
Warner Bros. Home Entertainment Inc.

[FILED OCT 24 2012 CLERK, U.S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Warner Bros. Home Entertainment Inc., <br><br> Plaintiff, <br><br> v. <br><br> Ramses Coro, an individual and d/b/a Amazon.com Seller rc_goods and Does 1-10, inclusive, <br><br> Defendants. | Case No. CV12-09157 DDP (MRWx) <br><br> COMPLAINT FOR COPYRIGHT INFRINGEMENT <br><br> DEMAND FOR A JURY TRIAL |

Plaintiff Warner Bros. Home Entertainment Inc. ("Warner Bros.") for its Complaint allege as follows:

### A. Introduction

1.  Warner Bros. owns exclusive United States distribution rights in various creative works, including, but not limited to, *Fringe*, *The Closer* and *The Big Bang Theory* ("the Warner Bros. Works"). Each of the Warner Bros. Works is entitled to copyright protection. Defendants, through the online venue Amazon.com, distribute, promote, offer for sale and sell counterfeit copies of the Warner Bros. Works (the "Counterfeit Product"). Warner Bros. is informed and believes and based thereon alleges that this infringement activity is systematic and willful or done with reckless disregard of Warner Bros.' intellectual property rights. Warner Bros. asks

that this Court enjoin that activity and order Defendants to pay damages pursuant to the Copyright Act of 1976, 17 U.S.C. § 101, *et seq.* (the "Copyright Act.").

### B. Jurisdiction and Venue

2. Plaintiff brings this action pursuant to 17 U.S.C. §§ 101, *et seq.* The Court has jurisdiction over the subject matter pursuant to 28 U.S.C. § 1331 and § 1338(a).

3. The events giving rise to the claim alleged herein occurred, among other places, within this judicial district. Venue in the Central District of California is proper pursuant to 28 U.S.C. § 1391(b) and § 1400(a).

### C. Warner Bros.

4. Warner Bros. is a corporation duly organized and existing under the laws of the State of Delaware, having its principal place of business in Burbank, California.

5. Warner Bros. and certain of its affiliated companies are engaged in a variety of businesses including, without limitation, the production and distribution of motion pictures and television programs.

6. Warner Bros. owns exclusive rights under the Copyright Act to the Warner Bros. Works, including the rights to reproduce, distribute or license the reproduction and distribution of the motion pictures in video format in the United States, including, but not limited to, those copyrights that are the subject of the copyright registrations which are listed in Exhibit "A," attached hereto, and incorporated herein by this reference. Video format includes, but is not limited to, digital versatile discs ("DVDs") and Blu-ray discs.

7. The expression and other distinctive features of the Warner Bros. Works are wholly original with Warner Bros., its licensors and/or assignors and, as fixed in various tangible media, are copyrightable subject matter under the Copyright Act.

8. Warner Bros. has secured from Warner Bros. Entertainment Inc. and

Home Box Office, Inc. the exclusive rights and privileges to reproduce, distribute, or license the reproduction or distribution of the Warner Bros. Works throughout the United States. Warner Bros., its affiliates, licensees and/or assignors have complied in all respects with the laws governing copyright.

9. The Warner Bros. Works have been manufactured, sold and/or otherwise distributed in conformity with the provisions of the copyright laws. Warner Bros., its affiliates, licensees and/or assignors have complied with their obligations under the copyright laws, and Warner Bros., in its own right or as successor-in-interest, has at all times been and still is the sole proprietor or otherwise authorized to enforce all right, title and interest in and to the copyrights or to enforce its exclusive rights for home video distribution in each of the Warner Bros. Works.

**D.  Defendants**

10. Defendant Ramses Coro ("Coro") is an individual and does business on Amazon.com using the seller identity, "rc_goods". Plaintiff is informed and believes that Coro is a resident of Miami, in the State of Florida. Plaintiff is informed and believes Coro transacts business in this judicial district through offers and sales of the Counterfeit Product in this judicial district, among other places.

11. Upon information and belief, Does 1 – 10 are either entities or individuals who are residents of or present in this judicial district and are subject to the jurisdiction of the Court. Upon information and belief, Does 1 – 10 are principals, supervisory employees, or suppliers of Defendant or other entities or individuals who, in this judicial district, are manufacturing, distributing, selling and/or offering for sale merchandise which infringes the Warner Bros. Works. The identities of the various Does are unknown to Warner Bros. at this time. The Complaint will be amended to include the names of such individuals when identified. The Defendant and Does 1 – 10 are collectively referred to herein as "Defendants."

**E.  Defendants' Infringing Activities**

12. Amazon.com, Inc. is a Delaware corporation with its principal place of business in Seattle, Washington. Amazon.com, Inc. operates retail websites which include www.amazon.com, www.amazon.co.uk, www.amazon.de, www.amazon.co.jp, www.amazon.fr, www.amazon.ca, www.amazon.cn, www.amazon.it and www.amazon.es.

13. Among other things, through its websites, Amazon.com, Inc. offers e-commerce platforms that enable third parties to sell products on Amazon.com (the "Website"). The Website provides services to third-party sellers, including the Defendants. Such services include, but are not limited to, design of the webpage describing and/or illustrating the product being offered by third-party Amazon.com sellers, access to the Internet community seeking product offered by the third-party sellers and fulfillment services through which Amazon.com sellers can have goods shipped from Amazon.com warehouses using Amazon.com employees to perform packaging and shipping services.

14. More than two million Amazon.com users employ the Amazon.com e-commerce platform to offer product or services to Internet users. Smaller sellers participate in Amazon Marketplace where they offer new, used and collectible selections at fixed prices to Amazon customers around the world.

15. Among the third-party sellers who employ the Website platform to market, offer, sell and distribute their merchandise are the Defendants. The Defendants have employed the Website to market, offer, sell and distribute the Counterfeit Product. Warner Bros. is informed and believes and based thereon alleges that the Defendants have distributed, advertised and/or sold and continue to copy, reproduce, distribute, advertise and/or sell unauthorized copies of motion pictures owned by Warner Bros., including, but not necessarily limited to, the Warner Bros. Works identified in paragraph 1, above, and Exhibit "A." Defendants do so using the Website. Defendants have not been authorized by Warner Bros. to

reproduce, distribute, sell or offer for sale any of the Warner Bros. Works.

16.   By engaging in this conduct, Defendants have acted in willful disregard of laws protecting Warner Bros.' copyrights. Warner Bros. has sustained and will continue to sustain substantial damage to the value of its creative works, specifically including the Warner Bros. Works.

### F.   Warner Bros.'s Damages

17.   Warner Bros. is informed and believes, and upon that basis alleges, that the Defendants have each obtained gains, profits and advantages as a result of their infringing activity in amounts within the jurisdiction of the Court.

18.   Warner Bros. is informed and believes, and upon that basis alleges, that it has suffered and continues to suffer direct and actual damages as a result of Defendants' infringing conduct, in amounts within the jurisdiction of the Court. In order to determine the full extent of such damages, including such profits as may be recoverable under 17 U.S.C. § 504, Warner Bros. will require an accounting from each Defendant of all monies generated from the promotion, display, sale and offer for sale of the Defendants' goods and services using the Warner Bros. Works. In the alternative, Warner Bros. may elect to recover statutory damages pursuant to 17 U.S.C. § 504 (c) for each of the Warner Bros. Works infringed.

19.   Warner Bros. has no other adequate remedy at law and has suffered and continues to suffer irreparable harm and damage as a result of the above-described acts. Warner Bros. is informed and believes, and upon that basis alleges, that, unless enjoined by the Court, Defendants' infringing activity will continue, with attendant irreparable harm to Warner Bros. Accordingly, Warner Bros. seeks preliminary and permanent injunctive relief pursuant to 17 U.S.C § 502 and seizure of the Counterfeit Product, including the means of production as provided by 17 U.S.C. § 503.

20.   By reason of the foregoing, Warner Bros. has incurred and will continue to incur attorneys' fees and other costs in connection with the prosecution of its claims,

which attorneys' fees and costs Warner Bros. is entitled to recover from the Defendants, and each of them, pursuant to 17 U.S.C. § 505.

21. Warner Bros. is without an adequate remedy at law in that damages are difficult to ascertain and, unless the Defendants' acts are enjoined, Warner Bros. will be irreparably harmed by Defendants' deliberate and systematic infringement of its rights.

### PRAYER FOR RELIEF

WHEREFORE, Warner Bros. asks this Court to order that:

1. Defendants, their agents, servants, employees, representatives, successor and assigns, and all persons, firms, corporations or other entities in active concert or participation with any of the said Defendants, be immediately and permanently enjoined from directly or indirectly infringing the Warner Bros. Works in any manner, including generally, but not limited to:

   a. Reproducing, distributing, shipping, selling or offering for sale unauthorized copies, in any format, of any of the Warner Bros. Works;

   b. Aiding or abetting the reproduction, distribution, shipment, sale or offer for sale of any unauthorized copies of any of the Warner Bros. Works; or

   c. Marketing, advertising and/or promoting any unauthorized copies of the Warner Bros. Works.

2. That Warner Bros. and its designees are authorized to seize the following items which are in Defendants' possession, custody or control:

   a. All Counterfeit Product;

   b. Any other unauthorized product which reproduces, copies, counterfeits, imitates or bear any of the Warner Bros. Works, or any part thereof;

   c. Any molds, screens, patterns, plates, negatives, machinery or

equipment, specifically including computers, servers, optical disc burners and other hardware used for making or manufacturing the Counterfeit Product or unauthorized product which reproduces, copies, counterfeits, imitates or bear any of the Warner Bros. Works, or any part thereof.

3. Defendants be required to pay actual damages increased to the maximum extent permitted by law and/or statutory damages at Warner Bros.' election;

4. Defendants be required to account for and pay over to Warner Bros. all damages sustained by Warner Bros. and profits realized by Defendants by reason of Defendants' unlawful acts herein alleged and that those profits be increased as provided by law;

5. Defendants be required to pay Warner Bros. their costs of this action and reasonable attorneys' fees; and

6. Warner Bros. be granted all other and further relief the Court may deem just and proper under the circumstances.

Dated: October 24, 2012

J. Andrew Coombs, A Professional Corp.

By: _____
J. Andrew Coombs
Nicole L. Drey
Attorneys for Plaintiff Warner Bros. Home Entertainment Inc.

## DEMAND FOR JURY TRIAL

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff Warner Bros. Home Entertainment Inc. hereby demands a trial by jury of all issues so triable.

Dated: October 24, 2012

J. Andrew Coombs, A Professional Corp.

By: _____
J. Andrew Coombs
Nicole L. Drey
Attorneys for Plaintiff Warner Bros. Home Entertainment Inc.

# EXHIBIT "A"

# COPYRIGHT REGISTRATIONS

| Copyright Registration Number: | Title of Work: | Claimant of Work: |
|---|---|---|
|  | FRINGE: Season Four |  |
| PA 1-805-639 | FRINGE: Neither Here Nor There | Warner Bros. Entertainment Inc. |
| Application Pending | FRINGE: One Night In October | Warner Bros. Entertainment Inc. |
| Application Pending | FRINGE: Alone In The World | Warner Bros. Entertainment Inc. |
| Application Pending | FRINGE: Subject 9 | Warner Bros. Entertainment Inc. |
| Application Pending | FRINGE: Novation | Warner Bros. Entertainment Inc. |
| Application Pending | FRINGE: And Those We've Left Behind | Warner Bros. Entertainment Inc. |
| Application Pending | FRINGE: Wallflower | Warner Bros. Entertainment Inc. |
| Application Pending | FRINGE: Back To Where You've Never Been | Warner Bros. Entertainment Inc. |
| Application Pending | FRINGE: Enemy Of My Enemy | Warner Bros. Entertainment Inc. |
| Application Pending | FRINGE: Forced Perspective | Warner Bros. Entertainment Inc. |
| Application Pending | FRINGE: Making Angels | Warner Bros. Entertainment Inc. |
| Application Pending | FRINGE: Welcome To Westfield | Warner Bros. Entertainment Inc. |
| Application Pending | FRINGE: A Better Human Being | Warner Bros. Entertainment Inc. |
| Application Pending | FRINGE: The End Of All Things | Warner Bros. Entertainment Inc. |
| Application Pending | FRINGE: A Short Story About Love | Warner Bros. Entertainment Inc. |
| Application Pending | FRINGE: Nothing As It Seems | Warner Bros. Entertainment Inc. |
| Application Pending | FRINGE: Everything In Its Right Place | Warner Bros. Entertainment Inc. |
| Application Pending | FRINGE: The consultant | Warner Bros. Entertainment Inc. |
| Application Pending | FRINGE: Letters Of Transit | Warner Bros. Entertainment Inc. |
| Application Pending | FRINGE: Worlds Apart | Warner Bros. Entertainment Inc. |
| Application Pending | FRINGE: Brave New World: Part One | Warner Bros. Entertainment Inc. |
| PA 1-805-612 | FRINGE: Brave New World: Part Two | Warner Bros. Entertainment Inc. |
|  | THE CLOSER: Season |  |

| | | |
|---|---|---|
| | Seven | |
| PA 1-805-616 | THE CLOSER: Unknown Trouble | Warner Bros. Entertainment Inc. |
| Application Pending | THE CLOSER: Repeat Offender | Warner Bros. Entertainment Inc. |
| Application Pending | THE CLOSER: To Serve With Love | Warner Bros. Entertainment Inc. |
| Application Pending | THE CLOSER: Under Control | Warner Bros. Entertainment Inc. |
| Application Pending | THE CLOSER: Forgive Us Our Trespasses | Warner Bros. Entertainment Inc. |
| Application Pending | THE CLOSER: Home Improvement | Warner Bros. Entertainment Inc. |
| Application Pending | THE CLOSER: A Family Affair | Warner Bros. Entertainment Inc. |
| Application Pending | THE CLOSER: Death Warrant | Warner Bros. Entertainment Inc. |
| Application Pending | THE CLOSER: Star Turn | Warner Bros. Entertainment Inc. |
| Application Pending | THE CLOSER: Fresh Pursuit | Warner Bros. Entertainment Inc. |
| Application Pending | THE CLOSER: Necessary Evil | Warner Bros. Entertainment Inc. |
| Application Pending | THE CLOSER: You Have The Right To Remain Jolly | Warner Bros. Entertainment Inc. |
| Application Pending | THE CLOSER: Relative Matters | Warner Bros. Entertainment Inc. |
| Application Pending | THE CLOSER: Road Block | Warner Bros. Entertainment Inc. |
| Application Pending | THE CLOSER: Silent Partner | Warner Bros. Entertainment Inc. |
| Application Pending | THE CLOSER: Hostile Witness | Warner Bros. Entertainment Inc. |
| Application Pending | THE CLOSER: Fool's Gold | Warner Bros. Entertainment Inc. |
| Application Pending | THE CLOSER: Drug Fiend | Warner Bros. Entertainment Inc. |
| Application Pending | THE CLOSER: Last Rites | Warner Bros. Entertainment Inc. |
| Application Pending | THE CLOSER: Armed Response | Warner Bros. Entertainment Inc. |
| PA 1-805-629 | THE CLOSER: The Last Word | Warner Bros. Entertainment Inc. |
| | THE BIG BANG THEORY: Season Five | |
| PA 1-805-604 | THE BIG BANG THEORY: The Skank Reflex Analysis | Warner Bros. Entertainment Inc. |
| Application Pending | THE BIG BANG THEORY: The Infestation Hypothesis | Warner Bros. Entertainment Inc. |

| | | |
|---|---|---|
| Application Pending | THE BIG BANG THEORY: The Pulled Groin Extrapolation | Warner Bros. Entertainment Inc. |
| Application Pending | THE BIG BANG THEORY: The Wiggly Finger Catalyst | Warner Bros. Entertainment Inc. |
| Application Pending | THE BIG BANG THEORY: The Russian Rocket Reaction | Warner Bros. Entertainment Inc. |
| Application Pending | THE BIG BANG THEORY: The Rhinitis Revelation | Warner Bros. Entertainment Inc. |
| Application Pending | THE BIG BANG THEORY: The Good Guy Fluctuation | Warner Bros. Entertainment Inc. |
| Application Pending | THE BIG BANG THEORY: The Isolation Permutation | Warner Bros. Entertainment Inc. |
| Application Pending | THE BIG BANG THEORY: The Ornithophobia Diffusion | Warner Bros. Entertainment Inc. |
| Application Pending | THE BIG BANG THEORY: The Flaming Spittoon Acquisition | Warner Bros. Entertainment Inc. |
| Application Pending | THE BIG BANG THEORY: The Speckerman Recurrence | Warner Bros. Entertainment Inc. |
| Application Pending | THE BIG BANG THEORY: The Shiny Trinket Maneuver | Warner Bros. Entertainment Inc. |
| Application Pending | THE BIG BANG THEORY: The Recombination Hypothesis | Warner Bros. Entertainment Inc. |
| Application Pending | THE BIG BANG THEORY: The Beta Test Initiation | Warner Bros. Entertainment Inc. |
| Application Pending | THE BIG BANG THEORY: The Friendship Contraction | Warner Bros. Entertainment Inc. |
| Application Pending | THE BIG BANG THEORY: The Vacation Solution | Warner Bros. Entertainment Inc. |
| Application Pending | THE BIG BANG THEORY: The Rothman Disintegration | Warner Bros. Entertainment Inc. |
| Application Pending | THE BIG BANG THEORY: The Werewolf Transformation | Warner Bros. Entertainment Inc. |
| Application Pending | THE BIG BANG THEORY: The Weekend Vortex | Warner Bros. Entertainment Inc. |
| Application Pending | THE BIG BANG THEORY: The Transporter Malfunction | Warner Bros. Entertainment Inc. |

| | | |
|---|---|---|
| Application Pending | THE BIG BANG THEORY: The Hawking Excitation | Warner Bros. Entertainment Inc. |
| Application Pending | THE BIG BANG THEORY: The Stag Convergence | Warner Bros. Entertainment Inc. |
| Application Pending | THE BIG BANG THEORY: The Launch Acceleration | Warner Bros. Entertainment Inc. |
| PA 1-805-577 | THE BIG BANG THEORY: The Countdown Reflection | Warner Bros. Entertainment Inc. |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge Dean D. Pregerson and the assigned discovery Magistrate Judge is Michael Wilner.

The case number on all documents filed with the Court should read as follows:

**CV12- 9157 DDP (MRWx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

========================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] Western Division | [ ] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)   NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

```
J. Andrew Coombs  (SBN 123881)
Nicole L. Drey (SBN 250235)
J. Andrew Coombs, A P. C.
517 E. Wilson Ave., Suite 202
Glendale, California 91206
Telephone:  (818) 500-3200
Facsimile:  (818) 500-3201
```

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Warner Bros. Home Entertainment Inc., <br><br> Plaintiff(s). <br> v. <br> Ramses Coro [see attachment], <br><br> Defendant(s) | CASE NUMBER <br> CV12-09157 DDP (MRWx) <br><br> SUMMONS |

TO:   THE ABOVE-NAMED DEFENDANT(S):

YOU ARE HEREBY SUMMONED and required to file with this court and serve upon plaintiff's attorney J. Andrew Coombs, whose address is:

```
J. Andrew Coombs, A P. C.
517 E. Wilson, Suite 202
Glendale, California 91206
```

an answer to the [X] complaint  [ ] _____ amended complaint  [ ] counterclaim  [ ] cross-claim which is herewith served upon you within __21__ days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

CLERK, U.S. DISTRICT COURT

Date:  (    , 2012

OCT 2 4 2012

By: JULIE PRADO
    Deputy Clerk

(Seal of the Court)

## SUMMONS ATTACHMENT

Warner Bros. Home Entertainment Inc.,

Plaintiff,

v.

Ramses Coro, an individual and d/b/a Amazon.com Seller rc_goods and Does 1-10, inclusive,

Defendants.

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

| | |
|---|---|
| **I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)<br>Warner Bros. Home Entertainment Inc. | **DEFENDANTS**<br>Ramses Coro, an individual and d/b/a Amazon.com Seller rc_goods and Does 1-10, inclusive |
| **(b)** County of Residence of First Listed Plaintiff (Except in U.S. Plaintiff Cases):<br>Los Angeles | County of Residence of First Listed Defendant (In U.S. Plaintiff Cases Only): |
| **(c)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)<br>J. Andrew Coombs (SBN 123881)<br>J. Andrew Coombs, A Professional Corporation<br>517 E. Wilson Ave., Suite 202<br>Glendale, California 91206 / Tel.: (818) 500-3200 Fax. (818) 500-3201 | Attorneys (If Known) |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes   ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes   ☒ No        ☐ **MONEY DEMANDED IN COMPLAINT:** $ _____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Copyright Infringement 17 U.S.C. §§ 101 et seq.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE/ PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | ☒ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities /Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury- Product Liability | ☐ 443 Housing/Acco- mmodations | | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | REAL PROPERTY | | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | | ☐ 440 Other Civil Rights | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**VIII(a). IDENTICAL CASES:** Has this action been previously filed and dismissed, remanded or closed? ☒ No   ☐ Yes
If yes, list case number(s):

CV12-09157

**FOR OFFICE USE ONLY:** Case Number: _____

COPY

CV-71 (07/05)        CIVIL COVER SHEET        Page 1 of 2

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

VIII(b). RELATED CASES: Have any cases been previously filed that are related to the present case? ☑ No  ☐ Yes

If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

IX. VENUE: List the California County, or State if other than California, in which EACH named plaintiff resides (Use an additional sheet if necessary)
☐ Check here if the U.S. government, its agencies or employees is a named plaintiff.
  Los Angeles

List the California County, or State if other than California, in which EACH named defendant resides. (Use an additional sheet if necessary).
☐ Check here if the U.S. government, its agencies or employees is a named defendant.
  Florida

List the California County, or State if other than California, in which EACH claim arose. (Use an additional sheet if necessary)
Note: In land condemnation cases, use the location of the tract of land involved.
  Los Angeles

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____  Date  10-24-12

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |