J. Andrew Coombs (SBN 123881)
andy@coombspc.com
Nicole L. Drey (SBN 250235)
nicole@coombspc.com
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile: (818) 500-3201

Attorneys for Plaintiff
Warner Bros. Home Entertainment Inc.

Jorge Rodriguez, an individual and d/b/a
Amazon.com Seller rc_goods
Jorge.rodriguez82@ymail.com
2130 S.W. 17th Street
Miami, Florida 33145
Telephone: (305) 815-5983

Defendant, *in pro se*

E-FILED 04/25/13

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Warner Bros. Home Entertainment Inc., <br><br> Plaintiff, <br><br> v. <br><br> Ramses Coro, an individual and d/b/a as Amazon.com Seller rc_goods, et al., <br><br> Defendants. | Case No. CV12-9157 PSG (MRWx) <br><br> [~~PROPOSED~~] CONSENT DECREE AND PERMANENT INJUNCTION |

The Court, having read and considered the Joint Stipulation for Entry of Consent Decree and Permanent Injunction that has been executed by Plaintiff Warner Bros. Home Entertainment Inc. ("Plaintiff") and Defendants Ramses Coro ("Coro") and Jorge Rodriguez, an individual and d/b/a as Amazon.com Seller rc_goods ("Rodriguez") (collectively, Coro and Rodriguez are referred to as Defendants), in this action, and good cause appearing therefore, hereby:

ORDERS that based on the Parties' stipulation and only as to Rodriguez, his successors, heirs, and assignees, this Injunction shall be and is hereby entered in the within action as follows:

1) The Complaint shall be amended to identify Doe No. 1 as "Jorge Rodriguez, an individual and d/b/a Amazon.com Seller rc_goods. The Amended Complaint shall be deemed served upon Defendants.

2) This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 17 U.S.C. § 101 *et seq.*, and 28 U.S.C. §§ 1331 and 1338. Service of process was properly made against Defendants.

3) Plaintiff owns or controls the copyright or pertinent exclusive right to distribute or license the distribution of home video and digital products, including video home cassettes (VHS) as well as optical discs, including, but not limited to, digital versatile discs (DVDs) and Blu-ray discs (collectively "Media Products") incorporating the motion picture or television titles subject to the copyright registrations listed in Exhibit "A" attached hereto and incorporated herein by this reference (collectively referred to herein as "Plaintiff's Works").

4) Plaintiff has alleged through its Amended Complaint that Defendants Coro and Rodriguez have made unauthorized uses of Plaintiff's Works or substantially similar likenesses or colorable imitations thereof.

5) Rodriguez, however, and not Coro, acknowledges and assumes liability for any of the alleged misconduct set forth in the Complaint.

6) Accordingly, Rodriguez and his agents, servants, employees, representatives, successor and assigns, and all persons, firms, corporations or other entities in active concert or participation with him who receive actual notice of the Injunction are hereby restrained and permanently enjoined from infringing – directly, contributorily or vicariously – or enabling, facilitating, permitting, assisting, soliciting, encouraging, inducing, authorizing, aiding or abetting, materially contributing to, or persuading

anyone to infringe in any manner Plaintiff's Works, including, but not limited to, the following:

    a) Copying, reproducing, downloading, distributing, uploading, linking to, transmitting, or publicly performing, or using trademarks, trade names or logos in connection with unauthorized Media Products containing any of Plaintiff's Works;

    b) Enabling, facilitating, permitting, assisting, soliciting, encouraging, abetting, or inducing any person or entity to copy, reproduce, download, distribute, upload, link to, transmit, or publicly perform any of Plaintiff's Works; or

    c) Profiting from the unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiff's Works while declining to exercise a right to stop or limit such unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiff's Works.

7) Each side shall bear its own fees and costs of suit.

8) Except as provided herein, all claims alleged in the Amended Complaint against Coro and Rodriguez are dismissed with prejudice.

9) This Injunction shall be deemed to have been served upon Rodriguez at the time of its execution by the Court.

10) The Court finds there is no just reason for delay in entering this Injunction and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Injunction against Rodriguez.

11) The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Injunction against Rodriguez.

12) The above-captioned action, shall, upon filing by Plaintiff of the Settlement Agreement, Stipulation for Entry of Judgment and Judgment Pursuant to Stipulation, and requesting entry of judgment against Rodriguez, be reopened should Rodriguez default under the terms of the Settlement Agreement.

13) This Court shall retain jurisdiction over Rodriguez for the purpose of making further orders necessary or proper for the construction or modification of this consent decree and judgment; the enforcement hereof; the punishment of any violations hereof; and for the possible entry of a further Judgment Pursuant to Stipulation in this action.

DATED: 4/25/13

**PHILIP S. GUTIERREZ**

Hon. Philip S. Gutierrez
United States District Judge

PRESENTED BY:

J. Andrew Coombs, A Prof. Corp.

By: /s/ Nicole L. Drey
    J. Andrew Coombs
    Nicole L. Drey
Attorneys for Plaintiff Warner Bros. Home Entertainment Inc.

Jorge Rodriguez, an individual and d/b/a Amazon.com Seller rc_goods

By: _____
    Jorge Rodriguez, an individual and
    d/b/a Amazon.com Seller rc_goods
Defendant, *in pro se*

# EXHIBIT A

# COPYRIGHT REGISTRATIONS

| REG. NO. | TITLE | COPYRIGHT CLAIMANTS |
|---|---|---|
| | BOARDWALK EMPIRE: Season Two | |
| PA 1-765-830 | BOARDWALK EMPIRE: 21 | Home Box Office, Inc. |
| PA 1-765-841 | BOARDWALK EMPIRE: Ourselves Alone | Home Box Office, Inc. |
| PA 1-765-838 | BOARDWALK EMPIRE: Dangerous Maid | Home Box Office, Inc. |
| PA 1-769-620 | BOARDWALK EMPIRE:: What Does The Bee Do? | Home Box Office, Inc. |
| PA 1-769-650 | BOARDWALK EMPIRE: Gimcrack & Bunkum | Home Box Office, Inc. |
| PA 1-769-789 | BOARDWALK EMPIRE: The Age Of Reason | Home Box Office, Inc. |
| PA 1-769-786 | BOARDWALK EMPIRE: Peg Of Old | Home Box Office, Inc. |
| PA 1-774-955 | BOARDWALK EMPIRE: Two Boats And A Lifeguard | Home Box Office, Inc. |
| PA 1-774-428 | BOARDWALK EMPIRE: Battle Of The Century | Home Box Office, Inc. |
| PA 1-772-465 | BOARDWALK EMPIRE: Georgia Peaches | Home Box Office, Inc. |
| PA 1-772-461 | BOARDWALK EMPIRE: Under God's Power She Flourishes | Home Box Office, Inc. |
| | FRINGE: Season Four | |
| PA 1-805-639 | FRINGE: Neither Here Nor There | Warner Bros. Entertainment Inc. |
| Application Pending | FRINGE: One Night In October | Warner Bros. Entertainment Inc. |
| Application Pending | FRINGE: Alone In The World | Warner Bros. Entertainment Inc. |
| Application Pending | FRINGE: Subject 9 | Warner Bros. Entertainment Inc. |
| Application Pending | FRINGE: Novation | Warner Bros. Entertainment Inc. |
| Application | FRINGE: And Those We've Left | Warner Bros. |

| | | | |
|---|---|---|---|
| | Pending | Behind | Entertainment Inc. |
| | Application Pending | FRINGE: Wallflower | Warner Bros. Entertainment Inc. |
| | Application Pending | FRINGE: Back To Where You've Never Been | Warner Bros. Entertainment Inc. |
| | Application Pending | FRINGE: Enemy Of My Enemy | Warner Bros. Entertainment Inc. |
| | Application Pending | FRINGE: Forced Perspective | Warner Bros. Entertainment Inc. |
| | Application Pending | FRINGE: Making Angels | Warner Bros. Entertainment Inc. |
| | Application Pending | FRINGE: Welcome To Westfield | Warner Bros. Entertainment Inc. |
| | Application Pending | FRINGE: A Better Human Being | Warner Bros. Entertainment Inc. |
| | Application Pending | FRINGE: The End Of All Things | Warner Bros. Entertainment Inc. |
| | Application Pending | FRINGE: A Short Story About Love | Warner Bros. Entertainment Inc. |
| | Application Pending | FRINGE: Nothing As It Seems | Warner Bros. Entertainment Inc. |
| | Application Pending | FRINGE: Everything In Its Right Place | Warner Bros. Entertainment Inc. |
| | Application Pending | FRINGE: The consultant | Warner Bros. Entertainment Inc. |
| | Application Pending | FRINGE: Letters Of Transit | Warner Bros. Entertainment Inc. |
| | Application Pending | FRINGE: Worlds Apart | Warner Bros. Entertainment Inc. |
| | Application Pending | FRINGE: Brave New World: Part One | Warner Bros. Entertainment Inc. |
| | PA 1-805-612 | FRINGE: Brave New World: Part Two | Warner Bros. Entertainment Inc. |
| | | THE BIG BANG THEORY: Season Five | |
| | PA 1-805-604 | THE BIG BANG THEORY: The Skank Reflex Analysis | Warner Bros. Entertainment Inc. |
| | Pending | THE BIG BANG THEORY: The Infestation Hypothesis | Warner Bros. Entertainment Inc. |
| | Pending | THE BIG BANG THEORY: The Pulled | Warner Bros. |

| | | |
|---|---|---|
| | Groin Extrapolation | Entertainment Inc. |
| Pending | THE BIG BANG THEORY: The Wiggly Finger Catalyst | Warner Bros. Entertainment Inc. |
| Pending | THE BIG BANG THEORY: The Russian Rocket Reaction | Warner Bros. Entertainment Inc. |
| Pending | THE BIG BANG THEORY: The Rhinitis Revelation | Warner Bros. Entertainment Inc. |
| Pending | THE BIG BANG THEORY: The Good Guy Fluctuation | Warner Bros. Entertainment Inc. |
| Pending | THE BIG BANG THEORY: The Isolation Permutation | Warner Bros. Entertainment Inc. |
| Pending | THE BIG BANG THEORY: The Ornithophobia Diffusion | Warner Bros. Entertainment Inc. |
| Pending | THE BIG BANG THEORY: The Flaming Spittoon Acquisition | Warner Bros. Entertainment Inc. |
| Pending | THE BIG BANG THEORY: The Speckerman Recurrence | Warner Bros. Entertainment Inc. |
| Pending | THE BIG BANG THEORY: The Shiny Trinket Maneuver | Warner Bros. Entertainment Inc. |
| Pending | THE BIG BANG THEORY: The Recombination Hypothesis | Warner Bros. Entertainment Inc. |
| Pending | THE BIG BANG THEORY: The Beta Test Initiation | Warner Bros. Entertainment Inc. |
| Pending | THE BIG BANG THEORY: The Friendship Contraction | Warner Bros. Entertainment Inc. |
| Pending | THE BIG BANG THEORY: The Vacation Solution | Warner Bros. Entertainment Inc. |
| Pending | THE BIG BANG THEORY: The Rothman Disintegration | Warner Bros. Entertainment Inc. |
| Pending | THE BIG BANG THEORY: The Werewolf Transformation | Warner Bros. Entertainment Inc. |
| Pending | THE BIG BANG THEORY: The Weekend Vortex | Warner Bros. Entertainment Inc. |
| Pending | THE BIG BANG THEORY: The Transporter Malfunction | Warner Bros. Entertainment Inc. |
| Pending | THE BIG BANG THEORY: The Hawking Excitation | Warner Bros. Entertainment Inc. |
| Pending | THE BIG BANG THEORY: The Stag Convergence | Warner Bros. Entertainment Inc. |
| Pending | THE BIG BANG THEORY: The | Warner Bros. |

| | | |
|---|---|---|
| | Launch Acceleration | Entertainment Inc. |
| PA 1-805-577 | THE BIG BANG THEORY: The Countdown Reflection | Warner Bros. Entertainment Inc. |
| | THE CLOSER: Season Seven | |
| PA 1-805-616 | THE CLOSER: Unknown Trouble | Warner Bros. Entertainment Inc. |
| Pending | THE CLOSER: Repeat Offender | Warner Bros. Entertainment Inc. |
| Pending | THE CLOSER: To Serve With Love | Warner Bros. Entertainment Inc. |
| Pending | THE CLOSER: Under Control | Warner Bros. Entertainment Inc. |
| Pending | THE CLOSER: Forgive Us Our Trespasses | Warner Bros. Entertainment Inc. |
| Pending | THE CLOSER: Home Improvement | Warner Bros. Entertainment Inc. |
| Pending | THE CLOSER: A Family Affair | Warner Bros. Entertainment Inc. |
| Pending | THE CLOSER: Death Warrant | Warner Bros. Entertainment Inc. |
| Pending | THE CLOSER: Star Turn | Warner Bros. Entertainment Inc. |
| Pending | THE CLOSER: Fresh Pursuit | Warner Bros. Entertainment Inc. |
| Pending | THE CLOSER: Necessary Evil | Warner Bros. Entertainment Inc. |
| Pending | THE CLOSER: You Have The Right To Remain Jolly | Warner Bros. Entertainment Inc. |
| Pending | THE CLOSER: Relative Matters | Warner Bros. Entertainment Inc. |
| Pending | THE CLOSER: Road Block | Warner Bros. Entertainment Inc. |
| Pending | THE CLOSER: Silent Partner | Warner Bros. Entertainment Inc. |
| Pending | THE CLOSER: Hostile Witness | Warner Bros. Entertainment Inc. |
| Pending | THE CLOSER: Fool's Gold | Warner Bros. Entertainment Inc. |
| Pending | THE CLOSER: Drug Fiend | Warner Bros. Entertainment Inc. |

| | | |
|---|---|---|
| Pending | THE CLOSER: Last Rites | Warner Bros. Entertainment Inc. |
| Pending | THE CLOSER: Armed Response | Warner Bros. Entertainment Inc. |
| PA 1-805-629 | THE CLOSER: The Last Word | Warner Bros. Entertainment Inc. |
| | THE VAMPIRE DIARIES: Season Three | |
| PA 1-806-075 | THE VAMPIRE DIARIES: The Birthday | Warner Bros. Entertainment Inc. |
| Application Pending | THE VAMPIRE DIARIES: The Hybrid | Warner Bros. Entertainment Inc. |
| Application Pending | THE VAMPIRE DIARIES: The End Of The Affair | Warner Bros. Entertainment Inc. |
| Application Pending | THE VAMPIRE DIARIES: Disturbing Behavior | Warner Bros. Entertainment Inc. |
| Application Pending | THE VAMPIRE DIARIES: The Reckoning | Warner Bros. Entertainment Inc. |
| Application Pending | THE VAMPIRE DIARIES: Smells Like Teen Spirit | Warner Bros. Entertainment Inc. |
| Application Pending | THE VAMPIRE DIARIES: Ghost World | Warner Bros. Entertainment Inc. |
| Application Pending | THE VAMPIRE DIARIES: Ordinary People | Warner Bros. Entertainment Inc. |
| Application Pending | THE VAMPIRE DIARIES: Homecoming | Warner Bros. Entertainment Inc. |
| Application Pending | THE VAMPIRE DIARIES: The New Deal | Warner Bros. Entertainment Inc. |
| Application Pending | THE VAMPIRE DIARIES: Our Town | Warner Bros. Entertainment Inc. |
| Application Pending | THE VAMPIRE DIARIES: The Ties That Bind | Warner Bros. Entertainment Inc. |
| Application Pending | THE VAMPIRE DIARIES: Bringing Out The Dead | Warner Bros. Entertainment Inc. |
| Application Pending | THE VAMPIRE DIARIES: Dangerous Liaisons | Warner Bros. Entertainment Inc. |
| Application Pending | THE VAMPIRE DIARIES: All My Children | Warner Bros. Entertainment Inc. |
| Application Pending | THE VAMPIRE DIARIES: 1912 | Warner Bros. Entertainment Inc. |

| | | |
|---|---|---|
| Application Pending | THE VAMPIRE DIARIES: Break On Through | Warner Bros. Entertainment Inc. |
| Application Pending | THE VAMPIRE DIARIES: The Murder Of One | Warner Bros. Entertainment Inc. |
| Application Pending | THE VAMPIRE DIARIES: Heart Of Darkness | Warner Bros. Entertainment Inc. |
| Application Pending | THE VAMPIRE DIARIES: Do Not Go Gentle | Warner Bros. Entertainment Inc. |
| Application Pending | THE VAMPIRE DIARIES: Before Sunset | Warner Bros. Entertainment Inc. |
| PA 1-806-077 | THE VAMPIRE DIARIES: The Departed | Warner Bros. Entertainment Inc. |
| | TRUE BLOOD: Season Four | |
| PA 1-747-825 | TRUE BLOOD:: She's Not There | Home Box Office, Inc. |
| PA 1-747-826 | TRUE BLOOD: You Smell Like Dinner | Home Box Office, Inc. |
| PA 1-748-869 | TRUE BLOOD: If You Love Me, Why Am I Dyin? | Home Box Office, Inc. |
| PA 1-795-196 | TRUE BLOOD: I'm Alive And On Fire | Home Box Office, Inc. |
| PA 1-795-199 | TRUE BLOOD: ME And The Devil | Home Box Office, Inc. |
| PA 1-751-681 | TRUE BLOOD: I Wish I Was The Moon | Home Box Office, Inc. |
| PA 1-756-282 | TRUE BLOOD: Cold Grey Light Of Dawn | Home Box Office, Inc. |
| PA 1-756-538 | TRUE BLOOD: Spellbound | Home Box Office, Inc. |
| PA 1-756-541 | TRUE BLOOD: Let's Get Out Of Here | Home Box Office, Inc. |
| PA 1-756-540 | TRUE BLOOD:: Burning Down The House | Home Box Office, Inc. |
| PA 1-765-849 | TRUE BLOOD: Soul Of Fire | Home Box Office, Inc. |
| PA 1-765-827 | TRUE BLOOD: And When I Die | Home Box Office, Inc. |

# **PROOF OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 East Wilson Avenue, Suite 202, Glendale, California 91206.

On April 23, 2013, I served on the interested parties in this action with:

JOINT STIPULATION RE ENTRY OF [PROPOSED] CONSENT DECREE AND PERMANENT INJUNCTION
[PROPOSED] CONSENT DECREE AND PERMANENT INJUNCTION

in support for the following civil action:

<u>Warner Bros. Home Entertainment Inc. v. R. Coro, et al.</u>

by placing a true copy thereof in an envelope to be immediately sealed thereafter. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

| Ramses Coro, an individual and d/b/a Amazon.com Seller rc goods 12935 NW 8 Lane Miami, Florida 33182 | *Courtesy Copy to*: Josh M. Rubens Kluger, Kaplan, Silverman, Katzen & Levine, P.L. 201 S. Biscayne Blvd., 17th Flr. Miami, Florida 33131 |
|---|---|

Place of Mailing: Glendale, California
Executed on April 23, 2013, at Glendale, California

*Katrina Bartolome*
Katrina Bartolome